# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. 21-MJ-3395     CourtSmart 7/23/21     Date: July 23, 2021

Present: The Honorable PATRICIA DONAHUE , U.S. Magistrate Judge

| Isabel Martinez | Nathan Reilly and Michael Morse (Zoom) | N/A |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

| USA v. Matthew Nicholas Grimes | Attorney Present for Defendant: |
|---|---|
| | Michael G. Greedman (via Zoom) |
| ☑ Present  ☑ Custody  ☐ Bond  ☑ Not present | ☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present |

## PROCEEDINGS: DETENTION HEARING

☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☑ WITHDRAWN  ☐ CONTINUED

☐ Witnesses CST (see separate list).      ☐ Exhibits Marked/Admitted (see separate list).

☐ Court orders that exhibits are returned to the respective counsel / party of record.

    ☐ See Receipt for Release of Exhibits to Counsel.

☐ Counsel stipulation to bail.

☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.

☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED.  See separate detention order.

☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.

☑ **Court sets bail at: $ 5,000,000.00 _____ .**     ☑ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .

☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in Courtroom _____ before Judge _____ .

☐ Release Order Issued - Release No. _____ .

☑ Other: Defendant waives appearance.  Defendant held to answer in the Eastern District of NY on 7/26/21.
See Judge Donahue's Order Setting Conditions of Release.

## PROCEEDINGS:  ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
                   ☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:

                 ☐ GRANTED  ☐ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** _____

    ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.

☐ Court orders defendant permanently detained.  See separate order.

☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.

☐ Witnesses CST (see separate list).      ☐ Exhibits Marked / Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

    ☐ See Receipt for Release of Exhibits to Counsel.

☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .

☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.

☐ Other _____

Release Order Issued - Release No. 40764 _____     _____ : 30

                                                    Deputy Clerk Initials IM _____

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **MATTHEW NICHOLAS GRIMES**    Case No. 21 MJ 3395

☒ Defendant    ☐ Material Witness

Violation of Title and Section: **18:951(a), 2, 371**

☐ Summons    ☐ Out of District    ☐ **UNDER SEAL**    ☐ Modified Date: _____

*Check only one of the five numbered boxes below (unless one bond is to be replaced by another):*

| | | |
|---|---|---|
| 1. ☐ Personal Recognizance (*Signature Only*) | (c). ☒ Affidavit of Surety With Justification (*Form CR-3*) Signed by: | Release No. 40764 |
| 2. ☐ Unsecured Appearance Bond $ _____ | Defendant's parents, Brett Grimes and Marissa Grimes | ☒ **Release to Pretrial ONLY** |
| 3. ☒ Appearance Bond $ 5 million | | ☐ **Release to Probation ONLY** |
| (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*) | ☒ With Full Deeding of Property: $2.5 million | ☐ Forthwith Release |
| (b). ☒ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: | 4015 Corta Road, Santa Barbara, CA | |
| Brett Grimes | | ☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by: |
| Marissa Grimes | | |
| Scott Grimes | | |
| | 4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ _____ | ☐ Third-Party Custody Affidavit (*Form CR-31*) |
| | 5. ☐ Corporate Surety Bond in the Amount of: $ _____ | ☒ Bail Fixed by Court: PD / IM (*Judge / Clerk's Initials*) |

### PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

### ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to: ☒ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO. (***The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."***)

☒ Surrender all passports and travel documents to Supervising Agency no later than July 23, 2021 _____ , sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to CDC, Eastern District of NY, and Southern Dist. of NY _____ unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☐ Maintain or actively seek employment and provide proof to Supervising Agency. ☐ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: MG    Date: 7/23/21

**Case Name:** United States of America v. <u>MATTHEW NICHOLAS GRIMES</u>   Case No. <u>21 MJ 3395</u>

☒ Defendant   ☐ Material Witness

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ _____ ; ☐ except _____ .

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present:
SEE ATTACHMENT

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☒ Do not sell, transfer, or give away any asset valued at $ <u>SEE ATTACHMENT</u> or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Submit to: ☐ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to PSA only** ☐ **Release to USPO only**

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☒ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

**Location Monitoring Technology**

☐ Location Monitoring technology at the discretion of the Supervising Agency

**or**

Defendant's Initials: <u>MG</u>   Date: <u>7/23/21</u>

**Case Name:** United States of America v. __MATTHEW NICHOLAS GRIMES__        Case No. __21 MJ 3395__

☒ Defendant        ☐ Material Witness

☒ Location Monitoring **with** a bracelet

    ☐ at the discretion of the Supervising Agency **or**

    ☐ Radio Frequency (RF) **or**

    ☑ Global Positioning System (GPS)

    ☒ Release to the Supervising Agency only **or**        ☐ Placement of bracelet within 24 hours of release

**or**

☐ Location Monitoring **without** a bracelet

    ☐ at the discretion of the Supervising Agency **or**

    ☐ Virtual/Biometric **or**

    ☐ Voice Recognition

**Restrictions**

☐ Location Monitoring only - no residential restrictions

☒ Curfew - You are restricted to your residence every day:
    ☒ from __10:00 P.M.__   to __6:00 A.M.__
    ☐ as directed by Supervising Agency

☐ Home Detention - You are restricted to your residence at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____, all of which must be preapproved by the Supervising Agency

☐ Home Incarceration - You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances and obligations, and _____, all of which must be preapproved by the Supervising Agency

☐ You are placed in the third-party custody (*Form CR-31*) of _____.

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency.  ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

Defendant's Initials: __MG__        Date: __7/23/21__

**Case Name:** United States of America v. **MATTHEW NICHOLAS GRIMES**     Case No.   21 MJ 3395

☒ Defendant     ☐ Material Witness

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

☒ Other conditions:

Comply with local, state and federal guidelines regarding COVID-19 pandemic.

Copy of the bond to be provided to surety (ies). Defendant is subject to all the General Conditions of Release, a copy of which defendant must request from Pretrial Services and provide to sureties.

SEE ORDER SETTING CONDITIONS OF RELEASE.

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials:   MG    Date:   7/23/21

Case Name: United States of America v. **MATTHEW NICHOLAS GRIMES**            Case No. 21 MJ 3395

■ Defendant   ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

| | | |
|---|---|---|
| 7/23/21 | /s/ Matthew Grimes as authorized to counsel | 805-455-7998 |
| *Date* | *Signature of Defendant / Material Witness* | *Telephone Number* |

Los Angeles, CA

*City and State (**DO NOT INCLUDE ZIP CODE**)*

☐ **Check if interpreter is used**: I have interpreted into the _____ language this entire form
and have been told by the defendant that he or she understands all of it.

_____          _____
*Interpreter's Signature*                                                      *Date*

Approved: _____          _____
            *United States District Judge / Magistrate Judge*                      *Date*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: MG      Date: 7/23/21



1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,            No. CR 2:21-MJ-3395

12                  Plaintiff,

13          v.                              **ORDER SETTING
                                            CONDITIONS OF RELEASE**
14    MATTHEW GRIMES,

15                  Defendant.

16

17

18          The Court hereby ORDERS the defendant Matthew Grimes

19    ("Defendant") be released on bail under the following conditions:

20          1.     A bond in the amount of $5 million secured by $2.5 million deed

21    recorded against 4015 Corta Road, Santa Barbara, California, which property

22    is owned by Defendant's parents, Brett Grimes and Marissa Grimes.  Until

23    the deed is recorded, Brett Grimes is ordered not to use, transfer, convey, or

24    otherwise encumber the funds in his IRA retirement accounts.

25          2.     A bond in the amount of $5 million supported by an Affidavit of

26    Surety (no justification) signed by Brett Grimes.

27          3.     A bond in the amount of $5 million supported by an Affidavit of

28    Surety (no justification) signed by Marissa Grimes.

1        4.      A bond in the amount of $5 million supported by an Affidavit of

2  Surety (no justification) signed by Scott Grimes.

3        5.      Defendant will transfer his $1 million in savings as soon as

4  practicable to the custody of his counsel of record in this matter, who may use

5  the funds as necessary for Defendant's legal fees and other expenses.

6        6.      Defendant shall submit to Pretrial Services Agency ("PSA")

7  supervision as directed by PSA.

8        7.      Defendant shall surrender all passports and travel documents to

9  PSA no later than July 23, 2021, sign a Declaration re Passport and Other

10  Travel Documents (Form CR-37), and shall not apply for a passport or other

11  travel document during the pendency of this case.

12        8.      Defendant shall reside as approved by PSA, and Defendant shall

13  not relocate without prior permission from PSA.

14        9.      Defendant shall have no contact with the first named defendant

15  in Eastern District of New York matter No. 1:21-cr-00371(BMC)(TAM), or

16  with any officials of the United Arab Emirates or the Kingdom of Saudi

17  Arabia or their known associates.  Defendant shall have no contact with the

18  second named defendant other than in the company of their respective

19  counsel.

20       10.     Defendant shall travel only by road or common air carrier.

21       11.     As directed by the government, and subject to further order of the

22  United States District Court for the Eastern District of New York, Defendant

23  shall appear in that Court on or about Monday, July 26, 2021 (the "EDNY

24  Initial Hearing").  In advance of travel to the EDNY Initial Hearing,

25  Defendant will remain in the Central District of California.  Within 24 hours

26  of notice being provided of the EDNY Initial Hearing schedule, Defendant

27  shall provide a complete travel itinerary to the government.  When Defendant

28  travels from the Central District of California to the EDNY Initial Hearing,

1  he shall be accompanied by one of his counsel to the security checkpoint at the

2  airport in Los Angeles and then shall be met at the security checkpoint at the

3  airport in New York by one of his counsel.

4      12.    After the EDNY Initial Hearing, travel shall be restricted to the

5  Central District of California, the Eastern District of New York, and the

6  Southern District of New York.  Written advanced notice shall be provided to

7  government of all itineraries not less than three business days in advance of

8  travel between these districts.

9      13.    As directed by the government, and subject to further order of the

10  United States District Court for the Eastern District of New York, on the day

11  of the EDNY Initial Hearing Defendant shall report to EDNY Pretrial

12  Services, shall agree to such telephone and/or internet contact protocol as is

13  directed, and shall submit to GPS monitoring, at his own expense.

14      14.    Defendant shall participate in the following Location Monitoring

15  Program and abide by all of the requirements of the Program and any

16  indicated restrictions, under the direction of PSA:

17          Location Monitoring with a bracelet;

18          Global Positioning System (GPS);

19          Release to PSA only for placement of the bracelet;

20          Curfew:  Defendant is restricted to his residence between 10 p.m.

21          and 6 a.m. local time.

22      15.    Defendant shall not transfer any funds overseas or engage in any

23  financial transaction with any overseas counterparty.  Defendant shall not

24  engage in any domestic financial transactions in excess of $10,000 (excepting

25  normal and customary payment of attorneys' fees, and including but not

26  limited to any transactions involving publicly held securities of any

27  description) without the prior written consent of the government.

28

3

1       16.     Defendant shall obtain from PSA a copy of the General Conditions

2 of Release and is ordered to comply with those conditions.

3       17.     Defendant shall comply with all local, state, and federal

4 guidelines regarding COVID-19.

5       18.     Defendant shall provide a copy of these release conditions and the

6 general release conditions to all of the sureties.

7

8                               **IT IS SO ORDERED.**

9

10                       *Patricia Donahue*

11                   HON. PATRICIA DONAHUE
                    UNITED STATES MAGISTRATE JUDGE

12

13 DATED:  July 23, 2021

14 Los Angeles, CA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Date Approved: 7/23/21 _____ Extension: _____

By: AUSA Nathan Reilly_____
☐ PSA Officer *(for material witness only)*   ☐ AUSA

Signature: *Nathan Reilly*

JUL 2 3 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | 21-MJ-3395 |
| v. | |
| Matthew Grimes | **AFFIDAVIT OF SURETY (NO JUSTIFICATION)** |
| DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):
4015 Corta Road, Santa Barbara, CA 93110

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ 5,000,000 _____, in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this _____22nd_____ day of July _____, 20 21 _____.

| | |
|---|---|
| Brett Grimes | X X X - X X -4062 |
| Name of Surety | Social Security Number of Surety *(Last 4 digits only)* |
| *(signature)* | |
| Signature of Surety | 4015 Corta Road |
| | Address of Surety |
| Father | Santa Barbara, CA 93110 |
| Relationship of Surety | City, State, Zip Code |

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

Date Approved: ___7/23/2021_____   Extension: _____

By: AUSA Nathan Reilly _____
☐ PSA Officer *(for material witness only)*   ☐ AUSA

Signature: *Nathan Reilly* _____

CLERK, U.S. DISTRICT COURT

FILED

JUL 2 3 2021

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | **21-MJ-3395** |
| v. | |
| Matthew Grimes | **AFFIDAVIT OF SURETY (NO JUSTIFICATION)** |
| DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):
4015 Corta Road, Santa Barbara, CA 93110

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of
$ 5,000,000 _____, in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this _____22nd_____ day of
July _____, 20 21 _____.

| Marisa Grimes | X X X - X X -7199 |
|---|---|
| Name of Surety | Social Security Number of Surety *(Last 4 digits only)* |
| *Marison Grimes* | 4015 Corta Road |
| Signature of Surety | Address of Surety |
| Mother | Santa Barbara, CA 93110 |
| Relationship of Surety | City, State, Zip Code |

---

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

---

CR-04 ( 02/09)                    **AFFIDAVIT OF SURETY (NO JUSTIFICATION)**



FILED
CLERK, U.S. DISTRICT COURT

JUL 2 3 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Date Approved: 7/23/2021 — Extension: _____

By: AUSA Nathan Reilly ☐ AUSA
☐ PSA Officer (for material witness only)

Signature: _Nathan Reilly_

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
| PLAINTIFF, | 21-MJ-3395 |

v.

| Matthew Grimes | AFFIDAVIT OF SURETY (NO JUSTIFICATION) |
| DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):
2611 E. 2nd Street, Austin, Texas, 78702

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $5,000,000 _____, in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this ___22nd___ day of ___July___, 2021.

| Scott Grimes | X X X - X X - 2107 |
| Name of Surety | Social Security Number of Surety (Last 4 digits only) |

| Signature of Surety | 2611 E 2nd Street |
| | Address of Surety |

| Brother | Austin, Texas 78702 |
| Relationship of Surety | City, State, Zip Code |

**Local Criminal Rule 46-6**

Bond - Summary Adjudication of Obligation

A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Execution Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.

CR-04 (02/09)                                                    AFFIDAVIT OF SURETY (NO JUSTIFICATION)

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

Date: July 23, 2021
Re: Release Order Authorization
Docket Number:  2:21- MJ-03395-1
Defendant: Matthew Nicholas Grimes

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Nicholas Walker

Nicholas Walker
U.S. Probation & Pretrial Services Officer
Telephone No. 213-894-3076

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services
Officer

PACTS No:  7532521

### Passport Receipt

Defendant Name:  Matthew Nicholas Grimes

Name on passport, if different:

Country of Origin:  United States

Date passport issued:  January 8, 2016

Expiration date of passport:  January 7, 2026

Ordered by court in the Central District of California

Docket Number: 0973 2:21-03395M-1

U.S. Probation & Pretrial Services
 Headquarters

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

x *Michael G. Friedman*
Surrendered By

7/23/2021
Date

*GARY G. BANDA*
Surrendered To

07/23/22
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)